*834 A.2d 401*

IN THE MATTER OF ERIC J. GOLDRING, AN ATTORNEY AT LAW (ATTORNEY NO. 000491984).

November 14, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–093, concluding that **ERIC J. GOLDRING** of **LINCROFT,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 3.5(b) (engaging in *ex parte* communication) and *RPC* 3.5(c) (conduct intended to disrupt a tribunal), and good cause appearing;

It is ORDERED that **ERIC J. GOLDRING** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.